UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE UNITED STATES SMALL BUSINESS ADMINISTRATION AS RECEIVER FOR PENNY LANE PARTNERS, L.P., | |
| Plaintiff, | Civil Action No. 08-1968 (GEB) |
| v. | **ORDER** |
| JACOB STEFANSKY, | |
| Defendant. | |

This matter having come before the Court upon Plaintiff the United States Small Business Administration as Receiver for Penny Lane Partners, L.P.'s ("Plaintiff" or "SBA") Motion for Default Judgment (Docket Entry No. 7); and the Court having reviewed the submissions and decided the motion without oral argument pursuant to Federal Rule of Civil Procedure 78; and for the reasons set forth in the accompanying Memorandum Opinion;

IT IS THIS 14th day of May, 2009,

ORDERED that Plaintiff's Motion for Default Judgment is GRANTED; and it is further

ORDERED that Plaintiff shall, within 20 days from the date of this order, submit to the Court sufficient documentary evidence to determine Plaintiffs' damages in a sum certain; and it is further

ORDERED that if Plaintiff fails to submit such evidence as referenced above, the Plaintiff shall, within 20 days from the date of this order, contact the Court to schedule a hearing to determine Plaintiffs' damages in a sum certain.

s/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR., U.S.D.J.
